UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEWEATHERS MARSHALL,<br>　　　　Plaintiff,<br>　　v.<br>J. HAMMAD, et al.,<br>　　　　Defendants. | Case No. 17-cv-03736-SI<br><br>**JUDGMENT** |

This action is dismissed with prejudice because it is frivolous.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 19, 2018

_____
SUSAN ILLSTON
United States District Judge